IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.    1:25-CR-415(AMN) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| MAX FISHKIND, | ) | Violations:    18 U.S.C. § 2251(a) [Sexual Exploitation of a Child] |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 2252A(a)(2)(A) [Receipt of Child Pornography] |
| | ) | |
| | ) | 2 Counts & Forfeiture Allegation |
| | ) | County of Offense:    Ulster |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Sexual Exploitation of a Child]**

Between in or about November 2023 and September 23, 2024, in Ulster County in the Northern District of New York, and elsewhere, **MAX FISHKIND** did persuade, induce, entice, and coerce a minor, to wit: V-1, a male child born in 2008 and whose identity is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where the defendant: (a) knew and had reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting such commerce, (b) the visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, and (c) where such visual depictions were actually transported and transmitted using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2
### [Receipt of Child Pornography]

On or about September 23, 2024, in Ulster County in the Northern District of New York, and elsewhere, **MAX FISHKIND** did knowingly receive child pornography using a means and facility of interstate commerce, and shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using an Internet-based messaging application, received from another application user one or more graphic video files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a)(3).

Upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 and 2252A, as set forth in Counts 1 and 2, the defendant, **MAX FISHKIND,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), any property, real and personal, used and intended to be used to commit and to promote the commission of the offenses

of conviction, or any property traceable to such property, including, but not limited to:

(1) One (1) Apple iPhone 15 Plus, Model MTXW3LL/A, Serial Number V66HTWR230.


Dated:    October 16, 2025

A TRUE BILL.

Grand Jury Foreperson


JOHN A. SARCONE III
Acting United States Attorney

By:

Benjamin S. Clark
Assistant United States Attorney
Bar Roll No. 703519

3